# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| GREAT AMERICAN SECURITY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ARDEN TRUST COMPANY,<br><br>            Defendant. | Case No.: 25-cv-00521-GBW |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses this action without prejudice. Defendant has not served an answer or a motion for summary judgment.

July 11, 2025

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Julie M. O'Dell*
Robert J. Katzenstein (378)
Julie M. O'Dell (6191)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 (courier 19801)
(302) 652-8400
rjk@skjlaw.com
jmo@skjlaw.com

*Attorneys for Plaintiff Great American Security Insurance Company*